## DAVIS v. DOTY ET AL.

[No. 12,550.   Filed November 5, 1926.]

From Marion Superior Court (A 17,424); *James M. Leathers,* Judge.

Action between Kenneth W. Davis and J. W. Doty and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Orbison, Zechiel & Orbison,* for appellant.
*Bingham, Mendenhall & Bingham,* for appellees.

McMAHAN, P. J.—This appeal having been taken before a final disposition of the cause as to all the parties, is dismissed on the authority of *Keller* v. *Jordan* (1897), 147 Ind. 113, 46 N. E. 343.

## UNION TRACTION COMPANY OF INDIANA v. DOLLARHIDE.

[No. 12,713.   Filed November 15, 1926.]

From Marion Superior Court (A 20,001); *Sidney S. Miller,* Judge.

Action by Ruby C. Dollarhide against the Union Traction Company of Indiana. From a judgment for the plaintiff, the defendant appeals. *Reversed.* By the court in banc.

*J. A. VanOsdol, Ralph A. Kane, Gideon W. Blain* and *Robert Hollowell, Jr.,* for appellant.

PER CURIAM.—On confession of error by appellee this cause is reversed, with direction to the trial court to grant a new trial.

## STRAUSS ET AL. v. CONNER.

[No. 12,462.   Filed May 14, 1926.   Rehearing denied November 16, 1926.]

From Wabash Circuit Court; *Albert Ward,* Special Judge.

Action between John Wesley Strauss and others and Florence C. Conner. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*D. F. Brooks,* for appellants.
*H. N. Hipskind, Walter S. Bent* and *Lucas & Spencer,* for appellee.

NICHOLS, C. J.—Affirmed, on authority of *Dorrell* v. *Herr* (1916), 184 Ind. 445, 111 N. E. 614.